GARDEN STATE BUILDINGS, INC. v. THE HAZARDOUS WASTE
FACILITIES SITING COMMISSION.

June 26, 1987.

Petition for certification denied.

PINK SMITH v. NEW JERSEY STATE PAROLE BOARD.

June 26, 1987.

Petition for certification denied.

STEVENSON LOUIS SIMON v. ALBERT COOK, M.D.

June 26, 1987.

Petition for certification denied.

WALTER J. BEPPLER v. TOWNSHIP OF WASHINGTON.

June 26, 1987.

Petition for certification denied.